ORIGINAL

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

2020 JUN 17  PM 3: 53

DEPUTY CLERK____MW

UNITED STATES OF AMERICA

v.

KENDREA BLANCHARD (01)

No.   **4-20CR-158-Y**

## INFORMATION

The United States Attorney charges:

COUNT ONE
Conspiracy to Distribute a Controled Substance
(Violation of 21 U.S.C. §§ 846 (21 U.S.C. §§ 841(a)(1), (b)(1)(E), and (b)(2))

Beginning in or before October 2011, and continuing until in or around October

2016, in the Fort Worth Division of the Northern District of Texas and elsewhere,

defendant **Kendrea Blanchard**, along with others known and unknown, did knowingly

and intentionally combine, conspire, confederate, and agree to engage in conduct in

violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(E), and (b)(2), namely to distribute, outside

the scope of professional practice and not for a legitimate medical purpose, a mixture and

substance containing a detectable amount of hydrocodone, during the time it was a

Schedule III controlled substance, acetaminophen with codeine, a Schedule III controlled

substance, and the following Schedule IV controlled substances: alprazolam,

phentermine, and tramadol.

**Information - Page 1**

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1), (b)(1)(E), and (b)(2)).

ERIN NEALY COX
UNITED STATES ATTORNEY


MATTHEW WEYBRECHT
Assistant United States Attorney
State Bar of Texas No. 24102642
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone: 817-252-5221
Facsimile: 817-252-5455

**Information - Page 2**